IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00528-CYC

JECHT REVAN,

    Plaintiff,

v.

UNIVERSITY OF DENVER DEPARTMENT OF CAMPUS SAFETY,

    Defendant.

---

## MINUTE ORDER

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on February 19, 2025.**

    The above captioned case has been directly assigned to Magistrate Judge Cyrus Y. Chung pursuant to D.C.COLO.LCivR 40.1. The Parties shall complete and file the Magistrate Judge Consent Form, ECF No. 3-1, **on or before April 15, 2025**.

    It is further ORDERED that the Fed. R. Civ. P. 16(b) scheduling conference will be held before this Court on **April 22, 2025**, at **10:45 a.m.** in Courtroom C-205, on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

    <u>It is further ORDERED that Plaintiff shall notify all Parties who have not entered an appearance of the date and time of the Scheduling Conference</u>.

    If this date is not convenient for any Party, the Parties shall confer regarding potential alternate dates. If the Parties agree upon a date or dates, they must jointly email my chambers to obtain an alternate date. If the Parties cannot agree, any Party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made at least **seven days prior** to the date of the conference.

    Litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at the Scheduling Conference by telephone. Please email Chambers, copying all Parties, at least **five days prior** to the Scheduling Conference to arrange appearance by telephone. Litigants and counsel appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and submitted to Chambers by email no later than **seven days prior** to the Scheduling Conference, in accordance with the instructions in this Minute Order.

It is further ORDERED that counsel for the Parties and any unrepresented non-prisoner Parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) **on or before April 1, 2025** and jointly prepare a proposed Scheduling Order. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than thirty days after the Rule 26(f) meeting, unless the Parties stipulate or the Court orders otherwise.

The Parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

The Parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than seven days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in Word format by email to Magistrate Judge Chung at** *Chung_Chambers@cod.uscourts.gov.*

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any Party in this case is participating in ECF, it is the responsibility of that Party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

Any out-of-state counsel shall comply with D.C.COLO.LAttyR 3 prior to the scheduling conference.

The Parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by the Court may result in the imposition of sanctions.

In addition, **before filing a motion relating to a discovery dispute, the Parties must comply with Judge Chung's Practice Standards regarding discovery disputes.**

**Anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.** *See* **D.C.COLO.LCivR 83.2(b).**