**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| JECHT REVAN,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF DENVER DEPARTMENT OF CAMPUS SAFETY,<br><br>Defendant | ) | Civil Action No. 1:25-cv-00528-NYW-CYC |

**SUBSTITUTION OF COUNSEL FOR PLAINTIFF JECHT REVAN**

Pursuant to D.C.COLO.LAttyR 5(a), Joseph Whitcomb of Whitcomb Law, PC hereby enters his appearance as counsel of record for Plaintiff Jecht Revan, in substitution for Brandon M. Selinsky, who hereby withdraws as counsel of record. In support of this Substitution, the undersigned states as follows:

1. Joseph Whitcomb of Whitcomb Law, PC hereby enters his appearance as counsel of record for Plaintiff Jecht Revan in the above-captioned matter. Brandon M. Selinsky hereby withdraws as counsel of record for Plaintiff.

2. All further notices, pleadings, and correspondence in this matter should be directed to substituting counsel at the following address:

Joseph Whitcomb
Whitcomb Law, PC
12438 W. 84th Drive
Arvada, CO 80005
Office: (303) 534-1958
Direct: (303) 573-5461

3. Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated as to withdrawing counsel, Brandon M. Selinsky.



Doc ID: b1078e21c988152053e5356ce3bc3d9b0c931ca9

4. Plaintiff Jecht Revan consents to this substitution of counsel. This substitution will not cause delay or prejudice to any party, and no currently scheduled deadlines or hearings are affected by this substitution.

5. Advisement pursuant to D.C.COLO.LAttyR 5(b): Plaintiff has been provided notice of this filing and has been advised of his responsibility to comply with all court orders and time limitations established by any applicable rules. Substituting counsel will comply with this responsibility on Plaintiff's behalf via service by the CM/ECF system.

WHEREFORE, undersigned counsel respectfully request that the Court approve this Substitution of Counsel and enter an order reflecting the same.

RESPECTFULLY SUBMITTED on this 17th day of August, 2026.

**WHITCOMB LAW, PC**

*By: /s/ Joseph Whitcomb*
Joseph Whitcomb
12438 W. 84th Drive
Arvada, CO 80005
Office: (303) 534-1958
Direct: (303) 573-5461
joe@whitcomblawpc.com
Atty. Reg. No. 39742

**ATTORNEY FOR PLAINTIFF**

*By: /s/ Brandon M. Selinsky*
Brandon M. Selinsky
1500 N. Grant St, Suite R
Denver, CO80203
(303) 534-0582
brandon@whitcomblawpc.com

**WITHDRAWING ATTORNEY FOR PLAINTIFF**

**CONSENTED TO:**

[signature]
Jecht Revan, Plaintiff

Date: 08 / 19 / 2026



Doc ID: b1078e21c988152053e5356ce3bc3d9b0c931ca9

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2026, a correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF JECHT REVAN** was filed and served via the Court's CM/ECF system, which delivers a copy to the following:

**Michael Brent Case**
**M. Johnathan Koonce**
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street
The Chancery Building, Suite 1308
Denver, CO 80203
(303) 595-0941
Email: bcase@semplelaw.com
Email: jkoonce@semplelaw.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Joseph Whitcomb*
Joseph Whitcomb



Doc ID: b1078e21c988152053e5356ce3bc3d9b0c931ca9